UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ROLANDO ROJAS SALDANA,

                           Plaintiff,

                                            **ORDER**
        -against-                          16-cv-461 (LDH) (RLM)

SYED EMPIRED INC., et al,

                           Defendants.

------------------------------------------------------------------x

LaSHANN DeARCY HALL, United States District Judge:

     On August 2, 2016, United States Chief Magistrate Judge Roanne L. Mann issued a Report and Recommendation recommending that this Court dismiss the instant action with prejudice for Plaintiff's failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties were given until August 19, 2016, to file objections to the Report and Recommendation. To date, no objections have been filed. The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts Chief Magistrate Judge Mann's Report and Recommendation as the opinion of this Court. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

Dated: December 2, 2016
       Brooklyn, New York

                                              SO ORDERED:

                                                 s/ LDH
                                            LaSHANN DeARCY HALL
                                            United States District Judge